# Exhibit 1



**UJ Kim <ujkdesign@gmail.com>**

## Re: Kitchen Designer

**Bill cook** <Bill@acnydev.com>   Thu, May 28, 2015 at 9:33 PM
To: Un Jung <ujkdesign@gmail.com>

Likewise have a great weekend!

Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505
(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com

On Thu, May 28, 2015 at 9:01 PM, Un Jung <ujkdesign@gmail.com> wrote:
> Agreed. Thank you. I look forward to seeing you on Wednesday, June 10th at 10am.
>
> On May 28, 2015, at 8:00 PM, Bill cook <Bill@acnydev.com> wrote:
>
>> As per out tel call I am agreeing to the 70K per year plus full health benefits for a single individual. and your start date would be 6/10/15
>>
>>
>> Thanks,
>>
>> Bill Cook
>> ACNY Developers Inc.
>> (O) 212-501-0505
>> (F) 212-501-7710
>> (C) 516-639-9191
>> www.Americanconstructionny.com
>>
>> On Thu, May 28, 2015 at 5:15 PM, Un Jung <ujkdesign@gmail.com> wrote:
>>> Hi Bill,
>>>
>>> My current employer came back with a counter offer of $75k and I have full health insurance here.
>>>
>>> However, I would really like to join your team and company. I genuinely feel like I have a long term growth opportunity there, since you are involved in several different areas of businesses.  I already see areas of improvements for your showroom and importantly, I feel that we would get along well. With that being said I would feel more comfortable if you would be able to offer closer to the $70k I was asking for and with full health insurance.
>>>
>>> Please let me know what you think.
>>>
>>> Thank you,
>>> Un Jung Kim
>>> 201-669-9581

> On May 28, 2015, at 7:58 AM, Bill cook <Bill@acnydev.com> wrote:
>
>> Hi
>>
>> Just wanted to confirm your start date? Is it 6/1 or 6/8?
>>
>> On Wednesday, May 20, 2015, Un Jung <ujkdesign@gmail.com> wrote:
>>> Hi Bill,
>>> I can be there around 7-7:15pm
>>> Is this time still good?
>>>
>>>
>>> On May 19, 2015, at 11:33 PM, Bill cook <Bill@acnydev.com> wrote:
>>>
>>>> Sounds good. Do you want to talk or meet? Which do you prefer would like to see if we can get to an agreement to get you on board our team.
>>>>
>>>> On Tuesday, May 19, 2015, Un Jung <ujkdesign@gmail.com> wrote:
>>>>> Hi Bill,
>>>>>
>>>>> I got your message. Sorry for the late response. I had a lot going on today. Tomorrow around 7pm should be good to talk. Please let me know if this works for you.
>>>>>
>>>>> Thanks,
>>>>> Un Jung Kim
>>>>> 201-669-9581
>>>>>
>>>>>
>>>>> On May 19, 2015, at 1:51 AM, Bill cook <Bill@acnydev.com> wrote:
>>>>>
>>>>>> Hi Un Jung
>>>>>>
>>>>>> I will be in the office tomm. Let me know a good time for us to talk after 4 pm.
>>>>>>
>>>>>> On Saturday, May 16, 2015, Un Jung <ujkdesign@gmail.com> wrote:
>>>>>>> Hi Bill,
>>>>>>>
>>>>>>> I would want to be closer to the $70k/yr, considering the 5% net profit commission.
>>>>>>> Typically, industry standard is 10% commission on sales from what I've experienced.
>>>>>>>
>>>>>>> I look forward to hearing from you.
>>>>>>>
>>>>>>> Thank you,
>>>>>>> Un Jung Kim
>>>>>>> 201-669-9581
>>>>>>>
>>>>>>>
>>>>>>>
>>>>>>> On May 15, 2015, at 10:29 PM, Bill cook <Bill@acnydev.com> wrote:
>>>>>>>
>>>>>>>> Hi Un Jung,
>>>>>>>>
>>>>>>>> Thank you for getting back to me, I believe you would do very well with our company based upon what I have seen and heard thus far.
>>>>>>>>
>>>>>>>> We can certainly chat on Sunday if that works for you, however do tell me what base you are

looking for so I can analyze so to if it possible. Do keep in mind that there is a 5% commission as well on all sales ( Net profit).

Look forward to hearing from you and furthering our discussion.


Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505
(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com

On Fri, May 15, 2015 at 8:14 PM, Un Jung <ujkdesign@gmail.com> wrote:
> Hi Bill,
>
> I hope you are enjoying the hospitality show.
>
> It was a pleasure meeting you Wednesday.  Thank you for taking the time to discuss the opportunities with your company.
>
> As discussed,  I am getting back to you today.  Your company is what I have been looking for to grow with. I enjoy being involved with all aspects of sales, design, construction, and management of projects. I like the fact that you are involved in development, residential and commercial projects and most importantly, you uphold to ethical standards.
>
> I would love to join Atmosphere Kitchen and Bath/ACNY, however, we need to further discuss salary and benefits. Can you please, at you convenience, send me the commission breakdown, benefits, such as, health, vacation and holiday.  In order for me to make a move from my current position, I would need to make more than $60k/yr base.  I appreciate the review in 3-4 month, but as you can see from my experience, I have a lot to offer and hope you see the value I would bring to the company.
>
> Please let me know your thoughts. I am available to talk during the weekend if you have time.
>
> Thank you,
> Un Jung Kim
> 201-669-9581
>
> On May 13, 2015, at 10:00 AM, Bill cook <Bill@acnydev.com> wrote:
>
>> ok try me on my cell 516 639 9191
>>
>>
>> Thanks,
>>
>> Bill Cook
>> ACNY Developers Inc.
>> (O) 212-501-0505
>> (F) 212-501-7710
>> (C) 516-639-9191
>> www.Americanconstructionny.com
>>
>> On Wed, May 13, 2015 at 9:13 AM, Un Jung <ujkdesign@gmail.com> wrote:
>>> Hi Bill,

I will try you around 1pm-2pm today if I don't reach you I'll try you again around 7pm.

Thank you,
Un Jung Kim
201-669-9581

On May 13, 2015, at 6:55 AM, Bill cook <Bill@acnydev.com> wrote:

> Hi
>
> When would you be available for a call to discuss your resume ?
>
> On Wednesday, May 13, 2015, un jung kim <ujkdesign@gmail.com> wrote:
>> Hi Bill,
>>
>> Thank you for your interest in my resume for the Kitchen Designer position. Please see attached some photos and 3D renderings of my work for your review. I will try and reach you tomorrow. I look forward to speaking to you then.
>>
>> Thank you,
>> Un Jung Kim
>> 201-669-9581
>>
>> On Tue, May 12, 2015 at 10:45 AM, Bill cook <Bill@acnydev.com> wrote:
>>> Hi Un jung kim,
>>>
>>> I would like to arrange a call to discuss your resume and if you could email me your portfolio with some of your work that would be great as well.
>>>
>>>
>>> Thanks,
>>>
>>> Bill Cook
>>> ACNY Developers Inc.
>>> (O) 212-501-0505
>>> (F) 212-501-7710
>>> (C) 516-639-9191
>>> www.Americanconstructionny.com
>>>
>>> On Sun, May 10, 2015 at 10:25 PM, un jung kim <0b5b90e6714c39c8ade94e064101d94f@reply.craigslist.org> wrote:
>>>> Dear Sir/Madam:
>>>>
>>>>
>>>> Please find my resume for your review in response to your post for a Kitchen Designer. I am currently searching for an exciting opportunity in the right company where I can utilize my expertise in design, sales, technical, and management skills.
>>>>
>>>>
>>>> Throughout my career, I have developed my experiences that encompass what this position requires. I have over 15 years of experience, specializing mostly in the kitchen and bath industry. I have worked for architecture and interior design firms, design/build construction and millwork companies and have collaborated with builders/developers on new construction projects.

I have experience in sales and management positions researching the market, strategizing on marketing efforts and procuring new business to successfully implementing suggestions on effectively running operations to improve productivity and increase profit.

I am a creative and strategic individual that has the ability to assist clients envision the possibilities.  These skills coupled with my experiences have given me the knowledge to assess the client's requirements in order to intuitively hone into the individual's needs to complete the project.  With my self-motivation and commitment to excellence, I am confident that my skills, ability to multi-task and exceptional time management abilities make me an excellent candidate.

I have demonstrated professional work ethic, being a proactive self-starter, true dedication, a keen eye for detail and client satisfaction.  I am a highly qualified individual who is ready to move forward and launch an exciting career with your company, as a Kitchen Designer.

I am very excited about the opportunity and I look forward to hearing from you.  I can be reached at 201.669.9581.  Thank you for your time and consideration.

With great enthusiasm,
Un Jung Kim

http://newyork.craigslist.org/mnh/med/5009060113.html

Original craigslist post:
http://newyork.craigslist.org/mnh/med/5009060113.html
About craigslist mail:
http://craigslist.org/about/help/email-relay
Please flag unwanted messages (spam, scam, other):
http://craigslist.org/mf/cff9f5c69457dfe4ba804b4f8f7af67aee8644f1.2

--

Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505

(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com

--

Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505
(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com

--

Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505
(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com

--

Thanks,

Bill Cook
ACNY Developers Inc.
(O) 212-501-0505
(F) 212-501-7710
(C) 516-639-9191
www.Americanconstructionny.com